UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRENTLEY FELTON, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-172 |
| | § | |
| U.S. BANK TRUST, N.A., *et al*, | § | |
| | § | |
| Defendants. | § | |

### **FINAL DISMISSAL ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal. Dkt. 8. Upon consideration of the stipulation and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiffs against Defendants are hereby **DISMISSED WITH PREJUDICE**.

All pending motions are hereby **DENIED as moot.**

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 30th day of March, 2018.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge